UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANTHONY A. DeVIVO,

                             Petitioner,

     Vs
                                             9:08-CV-673

UNITED STATES PROBATION OFFICE,

                             Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                               OF COUNSEL:

ANTHONY A. DeVIVO
Petitioner, Pro Se
99-B-1896
Marcy Correctional Facility
Box 3600
Marcy, NY 13403

HON. ANDREW M. CUOMO              CHARLES E. ROBERTS, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Respondent
Department of Law
100 South Clinton Street
Syracuse, NY 13261-7198

DAVID N. HURD
United States District Judge

# O R D E R

      Petitioner, Anthony A. DeVivo, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Report-Recommendation dated July 20, 2009, the Honorable Randolph F. Treece, United States Magistrate Judge, recommended that the petition for a writ of habeas corpus (Docket No. 1) be denied. The Magistrate Judge also recommended that a certificate of appealability not issue with respect to any of petitioner's claims. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in whole. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The petition is DENIED;

2. The petition is DISMISSED in all respects;

3. A Certificate of Appealability will not be issued.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

United States District Judge

Dated: September 4, 2009
       Utica, New York.